U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 11 2016

TONY R. MOORE CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOEL HAPPY SIWE | CIVIL ACTION NO. 1:15-CV-02122 |
| VERSUS | CHIEF JUDGE DRELL |
| DAVID COLE, WARDEN, et al. | MAGISTRATE JUDGE PEREZ-MONTES |

## MEMORANDUM ORDER

Joel Happy Siwe ("Siwe"), a native and citizen of Cameroon, filed a Section 2241 habeas petition on August 2, 2015 to contest his continued detention by Immigration and Customs Enforcement ("ICE"), since May 31, 2011 (Doc. 1). There still is no final order of removal in Siwe's case. Respondents filed a motion to dismiss Siwe's petition as moot or, in the alternative, to transfer his petition. Resondents contend Siwe was transferred to the Northern District of Alabama before he filed this petition (Doc. 10). Respondents submitted an affidavit by Kevin Demerin, a deportation officer for ICE, which shows that Siwe was transferred to Etowah, Alabama on August 2, 2015 (Doc. 10-3). Respondents allege that Siwe's attorneys have consented to transfer Siwe's petition to Alabama.

Jurisdiction over a Section 2241 petition lies in the district where the petitioner is incarcerated at the time he filed his § 2241 petition. See Griffin v. Ebbert, 751 F.3d 288, 290 (5th Cir. 2014); Lee v. Wetzel, 244 F.3d 370, 373 (5th Cir. 2001). Therefore, jurisdiction over Siwe's § 2241 petition lies in the Northern District of Alabama, where he was transferred on the day he filed his petition. Accordingly,

IT IS ORDERED that Respondent's motion to transfer (Doc. 10) is GRANTED. The Clerk of Court is ORDERED TO TRANSFER the above-captioned case to the United States District Court for the Northern District of Alabama, Eastern Division.

THUS DONE AND SIGNED in chambers in Alexandria, Louisiana, this 11th day of March 2016.

Joseph H.L. Perez-Montes
United States Magistrate Judge

2