IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOEL HAPPY SIWE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 1:16-cv-00436-LSC-TMP |
| ) | |
| DAVID COLE, Warden, *et al.*, ) | |
| ) | |
| Respondents. ) | |

### **MEMORANDUM OF OPINION**

Petitioner, Joel Happy Siwe, filed a petition for *habeas corpus* pursuant to 28 U.S.C. § 2241, through counsel. On March 29, 2016, the magistrate judge entered the court's first order to show cause, directing the petitioner to amend his petition and to inform the court whether a final order of removal had been entered in his immigration case. Petitioner was given 20 days in which to file an amended petition naming the proper respondent and clarifying his removal status. (Doc. 17). More than 20 days elapsed and no amendment or motion to extend time was filed. On April 21, 2016, a second order to show cause was entered, and petitioner was given an additional 10 days in which to comply with this court's order and to show cause why the petition should not be dismissed for want of prosecution. (Doc. 18). Petitioner

was cautioned that failure to timely respond to the order would result in dismissal of all claims.  Id.  To date, petitioner has failed to respond in any way to the court's two orders to show cause.  Accordingly, the petition is due to be dismissed.

A separate order will be entered.

Done this 17th day of May 2016.

L. SCOTT COOGLER

UNITED STATES DISTRICT JUDGE

182184